IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**KERI DORCELL TIMMONS**
ADC #146308                                                                                        **PLAINTIFF**

v.                              Case No. 2:21-cv-00170-KGB

**DEAN MANNIS, Sheriff,**
**Arkansas County Detention Center;** *et al.*                                      **DEFENDANTS**

## ORDER

The Court has reviewed the Proposed Findings and Recommendations and the Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe (Dkt. Nos. 13, 25). Plaintiff Keri Dorcell Timmons has not filed any objections, and the time to do so has passed. After careful consideration, the Court adopts the Recommended Disposition in its entirety as its findings in all respects (Dkt. No. 25). Therefore, the Court dismisses without prejudice Mr. Timmons's complaint due to lack of prosecution (Dkt. No. 2). As a result, the Court denies as moot the pending Proposed Findings and Recommendations (Dkt. No. 13). It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

It is so ordered this 17th day of January, 2023.

Kristine G. Baker
United States District Judge